UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

TERRY FABRICANT, on behalf of himself and others similarly situated,

    Plaintiff,

v.

THE MONEY SOURCE, INC.

    Defendant.

NO. 18-2449

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 28 2018 ★

LONG ISLAND OFFICE

### STIPULATION OF DISMISSAL

The plaintiff files this stipulation of dismissal with prejudice and without costs and fees pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of all claims in the above-captioned case. None of the rights of any putative class members have been released or are otherwise affected by this dismissal.

RESPECTFULLY SUBMITTED AND DATED this 27th day of September, 2018.

By:/s/ *Anthony Paronich*
Anthony Paronich
Broderick & Paronich, P.C.
99 High Street, Suite 304
Boston, MA 02110
(617) 738-7080
Fax (617) 830-0327
anthony@broderick-law.com

*Counsel for Plaintiff*

By: s/*Ryan L. DiClemente*
Ryan L. DiClemente, Esq.
Saul Ewing Arnstein & Lehr LLP
650 College Road East, Suite 4000
Princeton, NJ 08540-6603
(609)452-5057
Fax (609)452-6117
Ryan.diclemente@saul.com

*Counsel for Defendant*

The Clerk of the Court shall close the case.

/s/ Joseph Bianco
Joseph F. Bianco
USDJ
Date: Sep 28, 2018
Central I.